UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | The Hon. Jose L. Linares |
| v. | : | Crim. No. 07-719 |
| BERNARDINO TORIJANO-RUIZ | : | **ORDER** |

This matter having been opened on defendant Bernardino Torijano-Ruiz's "Request for Relief and Proper Credit for Time Served in Detention" (the "Application"); and the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (Harvey Bartle, Assistant U.S. Attorney appearing) having opposed the Application; and the Court having reviewed the Application and the Government's opposition thereto; and the Court having found that it lacks jurisdiction address the claims raised in the Application; and for good cause shown,

IT IS on this ___12th___ day of ___July___, 2011,

ORDERED that the Application is hereby DISMISSED WITHOUT PREJUDICE to defendant filing a similar application in the district in which he is confined.

_____
Hon. Jose L. Linares
United States District Judge